# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER C. CAMPBELL, | NO. CV 07-1599 AG (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DERRAL G. ADAMS, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 31, 2009.

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE